UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHRISTY SLOCUMB,

        Plaintiff,

-vs-                                          Case No. 5:16-cv-617-Oc-10PRL

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

## O R D E R

On May 15, 2017, the United States Magistrate Judge issued a Report (Doc. 20) recommending that the Commissioner's Decision denying the Plaintiff's claims for Disability Insurance and Supplemental Security Income Benefits be affirmed. The Plaintiff has filed Objections (Doc. 21) to the Report and Recommendation. The Court will therefore conduct a *de novo* review of the case. See 28 U.S.C. § 636, M.D. Fla. Local Rule 6.02.

The Plaintiff raised one argument in her appeal: that the Administrative Law Judge (ALJ) failed to fully and fairly develop the record because he did not order a consultative psychological examination. (Doc. 1.)

The Court agrees with the Magistrate Judge's finding that the ALJ fully and fairly developed the record, and that a consultative psychological evaluation was not necessary. Substantial evidence supports the ALJ's decision that the Plaintiff does not have a

disabling mental health condition. Plaintiff did not meet her burden of providing evidence to show that she has a disabling mental health condition.

Accordingly, upon due consideration, and a *de novo* review of the case, it is hereby ORDERED as follows:

(1) The Magistrate Judge's Report and Recommendation (Doc. 20) is ADOPTED, CONFIRMED, AND MADE A PART HEREOF;

(2) The Plaintiff's Objections (Doc. 21) are OVERRULED and her request for oral argument is DENIED;

(3) Pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's Decision denying the Plaintiff's claim for Disability Insurance and Supplemental Security Income Benefits is AFFIRMED; and

(4) The Clerk is directed to enter judgment accordingly, terminate all other pending motions and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 5th day of July, 2017.

UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record
Hon. Philip R. Lammens
Mari Jo Taylor